UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMAL SMITH, | ) |
| Petitioner, | ) No. CV 08-8066-PA(RCF) |
| v. | ) ORDER ACCEPTING FINDINGS |
| | ) AND RECOMMENDATIONS OF |
| LARRY SMALL, Warden, | ) UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Final Report and Recommendation of United States Magistrate Judge, as well as Petitioner's objections to the Report. The Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 11, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE