UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMAL SMITH, | ) |
| Petitioner, | ) No. CV 08-8066-PA (RCF) |
| v. | ) JUDGMENT |
| LARRY SMALL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: November 11, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE